GEORGE J. ATWELL CO., INC., v. C. F. SEABROOK COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

NELLIE LYTWYN v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ARTHUR TARRANCE v. CHINA MUTUAL STEAM NAVIGATION COMPANY, LTD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ANNA MAE STENGLEN v. FLORENCE GARNETTE, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of ADA W. PUTNAM, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of J. MARKHAM MARSHALL and Others for an Order Directing that Arbitration Provided for in a Certain Contract in Writing Entered into between the Petitioners and Fox THEATRES CORPORATION Proceed Pursuant to Arbitration Law.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MARINO and EQUITABLE CASUALTY AND SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EIDINGER & HAGER, INC., v. FRANK H. ADAMS, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., and Another.— Motion granted, appeal reinstated and order entered October 31, 1930, vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ISIDORE LEVY v. BOUTAY PRODUCTS CO., INC., and Others. DOROTHY STRAUS, Receiver.— Motion denied, without prejudice to a motion at Special Term for resettlement of the order appealed from. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.